

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BASELINE ENERGY SERVICES, L.P., | § | No. 08-20-00120-CV |
| Appellant, | § | Appeal from |
| v. | § | 358th District Court |
| CHARLES CONDIT, | § | of Ector County, Texas |
| Appellee. | § | (TC# D-19-09-1254-CV) |

## **O R D E R**

The Court has a received an agreed motion to dismiss this appeal.  The motion indicates that Appellee is unopposed to dismissal.  However, because the motion also asks this Court to vacate the trial court's judgment and remand to the trial court for further proceeding in accordance with the agreement of the parties, TEX.R.APP.P. 42.1(a)(2) applies.  That rule requires that a motion to vacate a trial court's judgment based on the agreement of the parties must contain a signature from all parties or their attorneys.  Accordingly, we grant the parties 10 days to file an amended joint motion to dismiss that contains the signatures of all parties or their counsel.

IT IS SO ORDERED THIS 16TH DAY OF SEPTEMBER, 2020.


PER CURIAM

Before Alley, C.J., Rodriguez, and Palafox, JJ.